

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NDB
F. #2018R00108

*Select Street Address*
*Select City & State*

January 21, 2021

By E-mail

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: United States v. Diego Zule
       Criminal Docket No. 18-299 (ARR)

Dear Judge Reyes:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

           Respectfully submitted,

           SETH D. DuCHARME
           Acting United States Attorney

      By:    /s/
           Nomi Berenson
           Assistant U.S. Attorney
           (718) 254-6308

Enclosure

cc: Clerk of Court (by ECF)
   Henry Bell, Esq. (by email)
   Armando Rosquete (by email)